# EXHIBIT 1

Ryan Milun (Bar No. 043412006)
Susan Ferreira (Bar No. 012602008)
**THE MILUN LAW FIRM, LLC**
20 Commerce Drive, Suite 135
Cranford, New Jersey 07016
Phone: 862-702-5010, ext. 1002
ryan.milun@milunlaw.com
susan.ferreira@milunlaw.com

*Attorneys for Plaintiff*

**Served By:** SH
**Private Detective License #**__________-63
**Signature:** SH
**Served via** corporate **Service**
**Date:** 10-12-26
**Time:** 1:22pm

| | |
|---|---|
| SJM MOTORCYCLES, LLC; ASA MURRAY and SANDRA MURRAY,<br>*Plaintiffs,*<br>v.<br>SENTRY SELECT INSURANCE COMPANY,<br>*Defendant.* | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MONMOUTH COUNTY<br>CIVIL PART<br><br>Docket No.: MON-L-3875-26<br><br>*Civil Action*<br><br>**SUMMONS** |

***FROM THE STATE OF NEW JERSEY TO:***

**SENTRY SELECT INSURANCE COMPANY**

1800 North Point Drive
Stevens Point, Wisconsin 54481
Attn: Timothy Kovac

The plaintiffs, named above, have filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the County listed above within 35 days from the date you received this summons, not counting the date you received it. The address for filing is: **Monmouth County Superior Court, 71 Monument Street, Freehold, New Jersey 07728.** If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625-0971. A filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect you; you must file and serve a written answer or motion (with fee of $175 for Law

Division and $175 for Chancery Division and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

*s/Michelle M. Smith*
Michelle M. Smith
Clerk of the Superior Court

Dated: October 1, 2026