Brian R. Ade, Esq. (017221980)
James C. Suozzo, Esq. (052451995)
**RIVKIN RADLER LLP**
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
(201) 287-2460
brian.ade@rivkin.com
james.suozzo@rivkin.com
*Attorneys for Defendant,*
*Sentry Select Insurance Company*

Edric S. Bautista, Esq.
(to be admitted *pro hac vice*)
**VON BRIESEN & ROPER, S.C.**
320 South Canal Street
Suite 3025
Chicago, Illinois 60606
(312) 977-9902
edric.bautista@vonbriesen.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SJM MOTORCYCLES, LLC; ASA MURRAY and SANDRA MURRAY,<br><br>Plaintiffs,<br>v.<br><br>SENTRY SELECT INSURANCE COMPANY,<br><br>Defendant. | Case No.: 26-cv-14488<br><br>**NOTICE OF MOTION TO PARTIALLY DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO SEVER AND STAY BAD FAITH CLAIM** |

**TO:** Ryan Milun, Esq. (043412006)
Susan Ferreira, Esq. (012602008)
The Milun Law Firm, LLC
20 Commerce Drive, Suite 135
Cranford, NJ 07016
*Attorneys for Plaintiffs*

**PLEASE TAKE NOTICE** that on December 7, 2026, or as soon thereafter as counsel may be heard, Defendant, Sentry Select Insurance Company ("Defendant"), by and through its counsel, Rivkin Radler LLP, will move before this Court at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608 for entry of an Order granting its Motion to Partially Dismiss the

Complaint pursuant to Fed. R. Civ. Pro. 12(b)(6) for failure to state a claim, or, in the Alternative, to Sever and Stay the Bad Faith Claim (Count Three).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant submits herewith the accompanying Memorandum of Law and Declaration of James C. Suozzo, Esq. with Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if the Motion is opposed.

Dated: November 9, 2026

Respectfully submitted,

**RIVKIN RADLER LLP**
*Attorneys for Defendant,*
*Sentry Select Insurance Company*

By: /s/ James C. Suozzo
Brian R. Ade, Esq. (017221980)
James C. Suozzo, Esq. (052451995)
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
(201) 287-2460
brian.ade@rivkin.com
james.suozzo@rivkin.com

Edric S. Bautista, Esq.
(to be admitted *pro hac vice*)
**VON BRIESEN & ROPER, S.C.**
320 South Canal Street
Suite 3025
Chicago, Illinois 60606
(312) 977-9902
edric.bautista@vonbriesen.com