Brian R. Ade, Esq. (017221980)
James C. Suozzo, Esq. (052451995)
**RIVKIN RADLER LLP**
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
(201) 287-2460
brian.ade@rivkin.com
james.suozzo@rivkin.com
*Attorneys for Defendant,*
*Sentry Select Insurance Company*

Edric S. Bautista, Esq.
(to be admitted *pro hac vice*)
**VON BRIESEN & ROPER, S.C.**
320 South Canal Street
Suite 3025
Chicago, Illinois 60606
(312) 977-9902
edric.bautista@vonbriesen.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SJM MOTORCYCLES, LLC; ASA MURRAY and SANDRA MURRAY,<br><br>Plaintiffs,<br>v.<br><br>SENTRY SELECT INSURANCE COMPANY,<br><br>Defendant. | Case No.: 26-cv-14488<br><br>**DECLARATION OF JAMES C. SUOZZO, ESQ.** |

James C. Suozzo, Esq. declares pursuant to 28 U.S.C. § 1746:

1. I am counsel at the law firm Rivkin Radler LLP, attorneys for Defendant Sentry Select Insurance Company ("Defendant") in this action. I respectfully make this declaration based on my personal knowledge and in support of Defendant's Motion to Partially Dismiss the Complaint, or, in the Alternative, to Sever and Stay the Bad Faith Claim (Count Three).

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Complaint in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2026

By: s/ James C. Suozzo
JAMES C. SUOZZO, ESQ.

4928-8261-4751, v. 1