Brian R. Ade, Esq. (017221980)
James C. Suozzo, Esq. (052451995)
**RIVKIN RADLER LLP**
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
(201) 287-2460
brian.ade@rivkin.com
james.suozzo@rivkin.com
*Attorneys for Defendant,*
*Sentry Select Insurance Company*

Edric S. Bautista, Esq.
(to be admitted *pro hac vice*)
**VON BRIESEN & ROPER, S.C.**
320 South Canal Street
Suite 3025
Chicago, Illinois 60606
(312) 977-9902
edric.bautista@vonbriesen.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SJM MOTORCYCLES, LLC; ASA MURRAY and SANDRA MURRAY,<br><br>Plaintiffs,<br>v.<br><br>SENTRY SELECT INSURANCE COMPANY,<br><br>Defendant. | Case No.: 26-cv-14488<br><br>**PROPOSED ORDER** |

**THIS MATTER** having been opened to the Court by Defendant, Sentry Select Insurance Company ("Defendant"), by and through its counsel, Rivkin Radler LLP, for an Order dismissing the Third Count of the Complaint filed by Plaintiffs, SJM Motorcycles, LLC, Asa Murray, and Sandra Murray ("Plaintiffs"), or alternatively, severing the Third Count of the Complaint and staying all litigation and discovery related thereto; and the Court having reviewed the moving papers and having considered the matter; and for good cause appearing;

**IT IS** on this _______ day of ___________________, 2026;

**ORDERED** that Defendant's Motion to Partially Dismiss the Complaint is hereby granted;

**IT IS FURTHER ORDERED** that the Third Count of the Complaint is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. Pro. 12(b)(6) for failure to state a claim; or alternatively,

**IT IS FURTHER ORDERED** that the Third Count of the Complaint is hereby severed, pursuant to Fed. R. Civ. Pro. 21, and that all litigation and discovery related thereto is stayed until further Order of the Court; and,

**IT IS FURTHER ORDERED** that a copy of this Order be served upon all counsel of record within ____ days of receipt of said Order.

________________________________________
, U.S.D.J.