Brian R. Ade, Esq. (017221980)
James C. Suozzo, Esq. (052451995)
**RIVKIN RADLER LLP**
25 Main Street, Suite 501
Court Plaza North
Hackensack, New Jersey 07601
(201) 287-2460
brian.ade@rivkin.com
james.suozzo@rivkin.com
*Attorneys for Defendant,*
*Sentry Select Insurance Company*

Edric S. Bautista, Esq.
(to be admitted *pro hac vice*)
**VON BRIESEN & ROPER, S.C.**
320 South Canal Street
Suite 3025
Chicago, Illinois 60606
(312) 977-9902
edric.bautista@vonbriesen.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SJM MOTORCYCLES, LLC; ASA MURRAY and SANDRA MURRAY,<br><br>Plaintiffs,<br>v.<br><br>SENTRY SELECT INSURANCE COMPANY,<br><br>Defendant. | Case No.: 26-cv-14488<br><br>**CERTIFICATE OF SERVICE** |

I, James C. Suozzo, Esq., of full age, certify that on this day I caused to be filed with the Court and served upon all counsel of record via the Court's Electronic Filing System the following documents:

a. Notice Of Motion to Partially Dismiss the Complaint or, in the Alternative, Sever and Stay the Bad Faith Claim in Count Three (the "Motion");

b. Defendant's Memorandum of Law in Support of the Motion;

c. Declaration of James C. Suozzo, Esq. including Exhibit A;

d. Proposed Order; and

e. Certificate Of Service.

I certify that the foregoing statements by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to claims of perjury

Dated: November 9, 2026

By: s/ James C. Suozzo
JAMES C. SUOZZO, ESQ.